**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY REYNOLDS,** | ) | Case No. |
| Plaintiff, | ) | |
| | ) | Judge: |
| v. | ) | |
| | ) | Magistrate Judge: |
| **THE BUILDING GROUP,** now d/b/a | ) | **PH** |
| URBAN PROPERTIES, INC. | ) | |
| Defendant. | ) | Jury Demand |

**FILED**
**FEBRUARY 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 803**

**JUDGE MANNING**
**MAGISTRATE JUDGE MASON**

**To:** The Building Group
c/o Agent
James I. Stoller
1045 W. Lawrence
Chicago, IL 60640

### NOTICE OF FILING

Please take notice that on February 6, 2008, Plaintiff caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Plaintiff's Complaint.

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby states that a copy of the foregoing was served upon the above on February 5, 2008.

/s/ William F. Spielberger
Attorney for Plaintiff

William F. Spielberger & Associates, P.C.
53 W. Jackson Blvd., Suite 1231
Chicago, IL 60604
(312) 834-0519