**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY REYNOLDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 08 C 803 |
| | ) | |
| **THE BUILDING GROUP,** | ) | Judge Manning |
| | ) | |
| Defendants. | ) | Magistrate Judge Mason |
| | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

Defendant, The Building Group, by its attorneys, Utreras Law Offices, LLC, moves this Honorable Court for an extension of time to answer or otherwise plead, for 30 days from the date of consideration of this motion, or to May 31, 2008. In support thereof, Defendant and its counsel state as follows:

1. Defense counsel was not retained to represent Defendant until Friday, April 25th.

2. Defense counsel has previously represented Defendant in other matters, including representation while Plaintiff's case was being investigated by the Equal Employment Opportunity Commission ("EEOC").

3. Defense counsel had been aware that Defendant had received a waiver of service of summons, along with the summons and the complaint, sometime after February 6, 2008. Due to communications had with Defendant, defense counsel was under the impression that Defendant would wait upon personal service, rather than execute and return to Plaintiff's counsel the waiver of service of summons.

4. Defense counsel checked the docket after April 3, 2008, and based upon the

docket entry of April 3, 2008, which made no reference to Defendant's execution and return of the waiver of service of summons, defense counsel believed that Defendant was going to continue with its position that it would prefer personal service of the summons.

5. Defense counsel contacted Defendant on Friday, April 25, 2008, to advise them of the upcoming status hearing scheduled for May 1, 2008, and learned that Defendant had in fact previously executed and mailed to Plaintiff's counsel the waiver of service of summons. In that conversation, Defendant expressed its wish that defense counsel represent them in the instant matter.

6. On April 25th, defense counsel contacted Plaintiff's counsel, informed him of the misunderstanding on defense counsel's part, advised him that he had been asked to formally represent Defendant on that same date, and asked whether Plaintiff's counsel would have any objection to the filing of the instant motion. Plaintiff's counsel indicated he would not object, and although he would not agree to let Defendant title the instant motion as "agreed," Defendant could indicate it was unopposed.

7. Defense counsel is presently handling discovery in three matters with discovery cut-off dates ending before or by the end of June 2008. Defense counsel is in the process of responding to interrogatories and document requests in *Fleming v. CTA*, 07 CV 1801 (J. Kennelly), which has a discovery cut-off date of June 16, 2008. Defense counsel is also in the process of drafting interrogatories, document requests, requests to admit, and requests for inspection of premises in the case of *Barcenas et al. v. Molon Motor & Coil Corp.*, 07 CV 5390 (Magis. J. Keys), which has a discovery cut-off date of June 30, 2008. Defense counsel is also responding to interrogatories and document requests in a matter pending before the Illinois Human Rights Commission, titled *Stacy*

*Gray v. Realty Consulting Services, Inc.*, Charge No. 2006CF0756, ALS No. 07-910, which has a discovery cut-off date of May 27, 2008.

     8. Providing Defendant and its counsel this additional time will allow it to fully respond to and address Plaintiff's complaint.

     WHEREFORE, Defendant respectfully requests this Court provide it with additional time to answer or otherwise plead, for an additional 30 days from the date this motion is heard, or until May 31, 2008.

                                       Respectfully submitted,

                                         THE BUILDING GROUP

                                       By:     /s/ Mario E. Utreras
                                                    Mario E. Utreras

Mario E. Utreras
UTRERAS LAW OFFICES LLC
4937 W. Foster Ave.
Chicago, Illinois 60630
773-283-5550
773-283-5005 (fax)
Atty. No.: 06230426