**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY REYNOLDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 08 C 803 |
| | ) | |
| **THE BUILDING GROUP,** | ) | Judge Manning |
| | ) | |
| Defendants. | ) | Magistrate Judge Mason |
| | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER, INSTANTER

Defendant, The Building Group, by its attorneys, Utreras Law Offices, LLC, moves this Honorable Court for leave to file its answer, instanter. In support thereof, Defendant and its counsel state as follows:

1. Defense counsel filed its attorney appearance on behalf of Defendant on April 28, 2008, along with a Motion for Extension of Time to File its Answer or Responsive Pleading for 30 days from the date of consideration of that motion, or to May 31, 2008.

2. On April 30, 2008, this Court entered an Order, without requiring the parties' appearance on the case in Court, granting the motion.

3. Defense counsel intended to file Defendant's answer and affirmative defenses to Plaintiff's complaint by May 31, 2008, but was unable to do so due to the fact that defense counsel's wife required surgery on May 31st. As a result, defense counsel was out of the office on that date and could not complete the answer for his client's to review and for him to subsequently the same.

4. Defense counsel has completed Defendant's answers and affirmative defenses, and they are filed simultaneous with the instant motion.

5.  Allowing Defendant to file its answer will not cause any undue delay, and the three day delay in the filing with not prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests leave to file its answer, instanter.

Respectfully submitted,

THE BUILDING GROUP


By:      /s/ Mario E. Utreras
         Mario E. Utreras

Mario E. Utreras
UTRERAS LAW OFFICES LLC
4937 W. Foster Ave.
Chicago, Illinois 60630
773-283-5550
773-283-5005 (fax)
Atty. No.: 06230426