IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **WENDY REYNOLDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 08 C 803 |
| | ) | |
| **THE BUILDING GROUP,** | ) | Judge Manning |
| | ) | |
| Defendants. | ) | Magistrate Judge Mason |
| | ) | |

**NOTICE OF MOTION / NOTICE OF FILING**

TO:   William F. Spielberger
William F. Speilberger & Assocs., PC
53 W. Jackson Blvd.
Suite 1231
Chicago, IL 60604
(312) 834-0519
bartleby.scriviner@sbcglobal.net

**PLEASE TAKE NOTICE** that on June 2, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Motion For Leave to File Answer, Instanter,** and **Defendant's Answer and Affirmative Defenses,** copies of which are attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Manning on **Thursday, June 5, 2008 at 11:00 a.m.,** and there and then present said Motion.

Respectfully submitted,

THE BUILDING GROUP

By:      /s/ Mario E. Utreras
Mario E. Utreras

Mario E. Utreras
UTRERAS LAW OFFICES LLC
4937 W. Foster Ave.
Chicago, Illinois 60630
773-283-5550
773-283-5005 (fax)
Atty. No.: 06230426

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and accurate copy of **Defendant's Motion For Leave to File Answer, Instanter**, and **Defendant's Answer and Affirmative Defenses** to be served on counsel for Plaintiff identified on the **Notice of Motion**, via the ECF System of the Northern District of Illinois – Eastern Division, that attorney being a registered Filing User for his respective party, and who can receive electronic notice of filing, on this 2nd day of June, 2008, at the hour of 11:55 p.m.

_____/s/ Mario E. Utreras_____