UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Wendy Reynolds
                    Plaintiff,

v.                                     Case No.: 1:08−cv−00803
                                              Honorable Blanche M. Manning

The Building Group
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing held on 6/3/2008. Status hearing set for 7/8/2008 at 11:00 AM. Motion hearing held on 6/3/2008. Defendant's motion to file instanter [13] is granted. Parties shall provide a status report with a proposed discovery schedule by the next hearing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.