UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WENDY REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 803 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| THE BUILDING GROUP, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## PARTIES' JOINT PROPOSED SCHEDULING ORDER

Plaintiff, Wendy Reynolds, by her attorneys, William F. Spielberger, William F. Speilberger & Associates, and Defendant, The Building Group, by its attorneys, Mario E. Utreras, Utreras Law Offices LLC, pursuant to this Court's Standing Order, submit the following Joint Proposed Scheduling Order, stating as follows:

### Discovery

The following time limits and deadlines shall be applicable.

1) All disclosures required by Rule 26(a)(1) shall be made on or before July 23, 2008.

2) Any amendments to pleadings or actions to join other parties shall be filed on or before August 15, 2008.

3) The cutoff of fact discovery is November 17, 2008.

4) The parties shall disclose any expert testimony and reports pursuant to Rule 26(a)(2) on or before December 5, 2008.

5) The parties may depose the other side's expert at any time prior to January 16, 2009.

6) The parties shall tender any rebuttal expert reports by February 13, 2009.

## Motions

1)    Any dispositive motions are to be filed on or before January 16, 2009.

## Final Pretrial Order and Conference

1)    The final pretrial order shall be filed on or before April 10, 2009.

2)    The final pretrial conference date and time will be set by the Court at the Rule 16

conference.

## Trial

1)    The trial date will be set by the Court at the Rule 16 conference.

## Status Hearings

1)    A further status hearing/preliminary pretrial conference should be held on a date

agreeable to both parties and the Court.


For Plaintiff Wendy Reynolds:


June 30, 2008_____                    _____/s/ William F. Spielberger_____
        Date

For Defendant The Building Group:


June 30, 2008_____                    _____/s/ Mario E. Utreras_____
        Date