**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WENDY REYNOLDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 08 C 803 |
| | ) | |
| **THE BUILDING GROUP,** | ) | Judge Manning |
| | ) | |
| Defendants. | ) | Magistrate Judge Mason |
| | ) | |

## NOTICE OF FILING

TO:   William F. Spielberger
      William F. Speilberger & Assocs., PC
      53 W. Jackson Blvd.
      Suite 1231
      Chicago, IL 60604
      (312) 834-0519
      bartleby.scriviner@sbcglobal.net

   **PLEASE TAKE NOTICE** that on June 30, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **PARTIES' JOINT PROPOSED SCHEDULING ORDER,** and **JOINT INITIAL STATUS REPORT,** copies of which are attached hereto and herewith served upon you.

                          Respectfully submitted,

                          THE BUILDING GROUP

                          By:      /s/ Mario E. Utreras
                                Mario E. Utreras

Mario E. Utreras
UTRERAS LAW OFFICES LLC
4937 W. Foster Ave.
Chicago, Illinois 60630
773-283-5550
773-283-5005 (fax)
Atty. No.: 06230426

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused a true and accurate copy of **PARTIES' JOINT PROPOSED SCHEDULING ORDER,** and **JOINT INITIAL STATUS REPORT** to be served on counsel for Plaintiff identified on the **Notice of Filing**, via the ECF System of the Northern District of Illinois – Eastern Division, that attorney being a registered Filing User for his respective party, and who can receive electronic notice of filing, on this 30th day of June, 2008, at the hour of 4:45 p.m.

                                                                                       ____/s/ Mario E. Utreras_____