UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Wendy Reynolds
                Plaintiff,

v.                                      Case No.: 1:08−cv−00803
                                            Honorable Blanche M. Manning

The Building Group
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Michael T. Mason: The initial status hearing set for 7/2/08 at 9:00 a.m. is continued due to defense counsel's report that he is unable to attend because of a previously scheduled matter pending in state court. Defense counsel's request was transmitted to this Court at 6:40 p.m. on 6/30/08 through an e−mail sent to our Proposed Order e−mail address. This is not an appropriate method for counsel to communicate this type of request to Chambers. If any future scheduling issues arise, counsel should call chambers, (312) 435−5610. This initial status hearing is continued to 7/16/08 at 9:00 a.m. Lead trial counsel for each party, or any attorney with substantial familiarity with and responsibility for the case, shall appear in person and be prepared to discuss all aspects of the case. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.