UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Wendy Reynolds
                  Plaintiff,

v.                                      Case No.: 1:08−cv−00803
                                            Honorable Blanche M. Manning

The Building Group
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Magistrate Judge Status hearing held on 7/16/2008. The Court adopts the parties' proposed discovery schedule as set forth in the Joint Proposed Scheduling Order [20]. Accordingly, fact discovery closes on 11/17/08 and expert discovery on 2/13/09. The parties are to contact the courtroom deputy, Rosa Franco, at (312) 435−6051 and inform her of their position on a settlement conference. Status hearing set for 7/29/08 at 9:00 a.m. If the parties elect to schedule a settlement conference, no appearance will be necessary on that date.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.